**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KENNISHA LAWRENCE AND EUGENE WINAN, on
behalf of themselves and all others similarly situated,

        Plaintiffs,

  -v-                                              AFFIDAVIT OF SERVICE
                                                                 08 CV 3734

STARBUCKS CORPORATION,

        Defendant.
-----------------------------------------------------------X
STATE OF NEW YORK  )
                           S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 6TH day of May, 2008, at approximately the time of 12:30P.M., deponent served a true copy of the SUMMONS AND CLASS ACTION COMPLAINT AND CIVIL COVER SHEET upon STARBUCKS CORPORATION, c/o United States Corporation Company, 80 State Street, Albany, New York, by personally delivering and leaving the same with NIKKI CHAPPLE, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        NIKKI CHAPPLE is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 175 pounds with black hair and brown eyes.

*[signature]*
DEBORAH LaPOINTE
Sworn to before me this
6TH day of May, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com