**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Molly Brooks (MB 2360)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KENNISHA LAWRENCE and EUGENE WINAN,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>**STARBUCKS CORPORATION,**<br><br>Defendant. | Notice of Appearance<br><br>08-cv-3734 (LTS) |

PLEASE TAKE NOTICE that Molly Brooks of OUTTEN & GOLDEN LLP hereby appears in the above-entitled proceeding on behalf of Plaintiffs, Kennisha Lawrence and Eugene Winan, individually, and on behalf of a class of others similarly situated, and that she hereby demands service upon her of a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: New York, New York
       May 14, 2008

/s/ Molly Brooks
Molly Brooks

Molly Brooks (MB 2360)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000
*Attorneys for the Plaintiffs*