UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNISHA LAWRENCE and EUGENE WINAN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

STARBUCKS CORPORATION,

        Defendant.

---

Case No. 08-cv-03734-LTS-JCF

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN NOTICE**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUN 1 6 2008]

      Upon the motion of Samidh Guha, counsel for Defendant Starbucks Corporation in the above-captioned action, and the Court having considered the facts as set forth in the supporting Declaration of Samidh Guha, and good cause having been shown for the relief specified herein,

      IT IS HEREBY ORDERED that Nathan J. Oleson of Akin Gump Strauss Hauer & Feld LLP is admitted *pro hac vice* to appear or try this particular case in whole or in part as counsel or advocate for Defendant Starbucks Corporation in accordance with Local Rule 1.3(c).

      All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 6/16/08

New York, New York

                                           [signature]
                                        United States District Court Judge