ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNISHA LAWRENCE and EUGENE WINAN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    vs.<br><br>STARBUCKS CORPORATION,<br><br>              Defendant. | Case No. 08-cv-03734-LTS-JCF<br><br>**NOTICE OF MOTION AND MOTION TO ADMIT JESSICA W. PANICCIA *PRO HAC VICE*** |

      PLEASE TAKE NOTICE that upon the accompanying declaration of Samidh Guha in support of this motion and the Certificates of Good Standing attached thereto, Samidh Guha will move this Court before the Honorable Laura T. Swain at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York as soon as the Court may direct, pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York, for an order allowing the admission of Jessica W. Paniccia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

      Jessica W. Paniccia is an attorney at Akin Gump Strauss Hauer & Feld LLP, and is a member in good standing of the bars of the District of Columbia and the State of New York. There are no pending disciplinary proceedings against Jessica W. Paniccia in any state or federal court.

      WHEREFORE the movant respectfully requests that the Court enter an order in the accompanying form granting Jessica W. Paniccia admission *pro hac vice* in this case.

1

Respectfully submitted,

DATED: June 20, 2008

New York, New York

/s/ Samidh Guha
Samidh Guha
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1015
Facsimile: (212) 872-1002
sguha@akingump.com

ATTORNEY FOR DEFENDANT
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNISHA LAWRENCE and EUGENE WINAN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>          Defendant. | Case No. 08-cv-03734-LTS-JCF<br><br>AFFIDAVIT OF SAMIDH GUHA IN SUPPORT OF MOTION TO ADMIT JESSICA W. PANICCIA *PRO HAC VICE* |

      Samidh Guha, being duly sworn, hereby deposes and says as follows:

      1.     I am a partner at Akin Gump Strauss Hauer & Feld LLP, counsel for Defendant Starbucks Corporation in the above-captioned action. I submit this declaration based on my personal knowledge of the facts set forth herein and in support of this motion to admit Jessica W. Paniccia as counsel *pro hac vice* in this matter.

      2.     I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.     Jessica W. Paniccia is an attorney at Akin Gump Strauss Hauer & Feld LLP. Her business address is 1333 New Hampshire Avenue NW, Washington, DC 20036. Her telephone and facsimile numbers are (202) 887-4390 and (202) 887-4288, respectively, and her email address is jpaniccia@akingump.com.

      4.     I have found Jessica W. Paniccia to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

1

5.   As shown in the Certificates of Good Standing, attached hereto as Exhibit A, Jessica W. Paniccia is a member in good standing of the bars of the District of Columbia and the State of New York.

6.   There are no pending disciplinary proceedings against Jessica W. Paniccia in federal or state court.

7.   Accordingly, I am pleased to move the admission of Jessica W. Paniccia *pro hac vice*.

8.   I respectfully submit a proposed order, attached hereto as Exhibit B, granting the admission of Jessica W. Paniccia *pro hac vice*.

WHEREFORE it is respectfully requested that the motion to admit Jessica W. Paniccia *pro hac vice* to represent Defendant Starbucks Corporation in the above-captioned matter be granted.

Respectfully submitted,

DATED: June 20, 2008

New York, New York

/s/ Samidh Guha
Samidh Guha
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1015
Facsimile: (212) 872-1002
sguha@akingump.com

ATTORNEY FOR DEFENDANT
STARBUCKS CORPORATION

Dated:   June 20, 2008

City, State:   New York, New York

Notarized:   Christine R.

CHRISTINE D. DONIAK
Notary Public, State of New York
No. 02DO6148875
Qualified in NEW YORK County
Commission Expires JULY 3, 20 10

2



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JESSICA W. PANICCIA

was on the 11TH day of DECEMBER, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 4, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ M. Charles
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jessica Williams Paniccia

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of January, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **11th day of June, 2008**.



Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNISHA LAWRENCE and EUGENE WINAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 08-cv-03734-LTS-JCF<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN NOTICE** |

Upon the motion of Samidh Guha, counsel for Defendant Starbucks Corporation in the above-captioned action, and the Court having considered the facts as set forth in the supporting Declaration of Samidh Guha, and good cause having been shown for the relief specified herein,

IT IS HEREBY ORDERED that Jessica W. Paniccia of Akin Gump Strauss Hauer & Feld LLP is admitted *pro hac vice* to appear or try this particular case in whole or in part as counsel or advocate for Defendant Starbucks Corporation in accordance with Local Rule 1.3(c).

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion and Motion to Admit Jessica W. Paniccia *Pro Hac Vice*; supporting Affidavit of Samidh Guha; and Proposed Order for Admission Pro Hac Vice was served this 20th day of June, 2008 via the ECF filing system (registered users) or via U.S. Mail on the following:

Adam T. Klein, Esq.
Justin M. Swartz, Esq.
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016

_____
Samidh Guha