UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNISHA LAWRENCE and EUGENE
WINAN, on behalf of themselves and all
others similarly situated,

                Case No. 08-cv-03734 (LTS)

        Plaintiffs,

vs.

STARBUCKS CORPORATION,

        Defendant.
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Starbucks Corporation ("Starbucks") appears in this action by and through its undersigned counsel, Gregory W. Knopp, of Akin Gump Strauss Hauer & Feld LLP.

PLEASE TAKE FURTHER NOTICE that Starbucks hereby requests that copies of all papers and pleadings served in this action be served on the undersigned.

        Respectfully submitted,

DATED: June 25, 2008

/s/ Gregory W. Knopp
Gregory W. Knopp (GK 5007)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: (310) 552-6436
Facsimile: (310) 229-1001
gknopp@akingump.com

ATTORNEY FOR DEFENDANT
STARBUCKS CORPORATION